IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUREIS HEALTHCARE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EPIC SYSTEMS CORPORATION,<br><br>　　　　Defendant. | Case No. 25-cv-04108-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT** |

On May 23, 2025, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of the unredacted version of its Complaint, filed May 13, 2025. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 27, 2025

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge