UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 295 5th Avenue New York, NY 10016

Job #: 1499122

CUREIS HEALTHCARE, INC.,

Plaintiff

vs

EPIC SYSTEMS CORPORATION,

Defendant

Case No.: 3:25-cv-04108-MMC
Client's File No.:
Court Date: 08/29/2025
Court Time:

Date Filed: 05/27/2025

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/28/2025**, at **1:52 PM** at: **375 NINTH AVENUE, NEW YORK, NY 10001** Deponent served the within **So Ordered Case Management Conference Order by Hon. Maxine M. Chesney, U.S.D.J. Dated May 27, 2025 with Standing Orders**

On: **CRAVATH, SWAINE & MOORE LLP, ATTN: LAUREN A. MOSKOWITZ**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Jerry Riedl personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Assistant Managing Attorney thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Male   Race: White   Color of hair: Black   Glasses: No
Age: 36-50   Height: 5ft 9inch - 6ft 0inch   Weight: 161-200 Lbs.   Other Features: Beard

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Mr. Riedl as Assistant Managing Attorney stated that he is authorized to accept service on behalf of the Subject.

Sworn to before me on 05/28/2025

*S. Drepaul*
LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
License# 2093579-DCA

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA