QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Ryan S. Landes (Bar No. 252642)
ryanlandes@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Paulina Slagter (Bar No. 318559)
paulinaslagter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:     (650) 801 5000
Facsimile:     (650) 801 5100

*Attorneys for Plaintiff CureIS Healthcare, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CureIS Healthcare, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Epic Systems Corporation,<br><br>　　　　Defendant. | Case No. 3:25-cv-04108<br><br>**PLAINTIFF CUREIS HEALTHCARE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES PURSUANT TO CIVIL LOCAL RULE 3-15** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CureIS Healthcare, Inc. discloses the following: CureIS Healthcare, Inc. is a Minnesota corporation, and no publicly held company owns more than 10% of its stock.

　　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

1  DATED: June 4, 2025                    QUINN EMANUEL URQUHART &
2                                          SULLIVAN, LLP
3
4                                          By: /s/ Adam B. Wolfson
                                               Adam B. Wolfson
5                                              *Attorney for Plaintiff CureIS Healthcare, Inc.*