# Exhibit A

# Business Record Details »

Minnesota Business Name
## Cureis Healthcare Inc.

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
1902984-2

**Home Jurisdiction**
Minnesota

**Filing Date**
06/21/2006

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2026

**Registered Office Address**
861 Lake Ridge Alcove
Woodbury, MN 55129
USA

**Number of Shares**
10,000

**Registered Agent(s)**
Christopher Sawotin

**Chief Executive Officer**
Chris Sawotin
670 COMMERCE DR STE 200
WOODBURY, MN 55125–9214
USA

**Principal Executive Office Address**
670 COMMERCE DR STE 200
WOODBURY, MN 55125–9214
USA

**Filing History**

# Filing History

Select the item(s) you would like to order:  [Order Selected Copies]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 06/21/2006 | Original Filing - Business Corporation (Domestic) (Business Name: Cureis Healthcare Inc.) | |
| ☐ | 2/25/2013 | Administrative Dissolution - Business Corporation (Domestic) | |

| Filing Date | Filing | Effective Date |
|---|---|---|
| 2/25/2014 | Administrative Dissolution Name Hold Release - Business Corporation (Domestic) | |
| 2/26/2014 | Annual Reinstatement - Business Corporation (Domestic) | |
| 3/13/2018 | Administrative Dissolution - Business Corporation (Domestic) | |
| 7/30/2018 | Annual Reinstatement - Business Corporation (Domestic) | |

© 2025 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**