# Exhibit B

# Bret Randolph

COO, CureIS HealthCare, Inc.
St. Croix County, Wisconsin, United States

## Contact

www.linkedin.com/in/cureiscoo (LinkedIn)

## Top Skills

EHR
Practice Management
Medicare

## Experience

**CureIS Healthcare,Inc**
Chief Operating Officer/Partner
2006 - Present (19 years)

CureIS provides the information technology tools and expertise needed to streamline integral processes for hospital systems, large practices, academic medical centers, health plans and the like.

The business of healthcare is changing. That likely isn't news to anyone. Revenue cycle management models will have to adapt and, for both traditional and accountable-care organizations, there is a greater need for optimized information flow.

With our years of software development and enterprise system support experience, CureIS recognizes the current and forthcoming challenges healthcare organizations face. Our Cures product line offers clients easy-to-implement, packaged solutions to enhance operational workflow and provide an automated, error-reducing means of managing data, all in a web-based delivery model (hosted or local). Currently, we offer Cures for managing the following processes:

- Enrollment
- Appeals
- Benefits
- Encounters
- Data Archiving
- Claims Recovery
- Referrals
- Enterprise System Transitions

In addition, we find solutions for clients with general or highly specific IT challenges. As a market leader in GE/IDX system integration services, our all-star team of seasoned experts are ready to get started.

Specialties

Healthcare Software, Archiving / Purging, Interfaces, IDX, Cache, Provider Data, mumps, Insured Services, AES, BAR / SCHED, Enrollment, Encounters, System Conversion, Managed Care, Performance, Benefits, EDI / EDI Toolkit, Claims Recovery, Compliance, Appeals, Referrals, EPIC

Website

http://www.cureis.com

SafeNet Consulting
Senior Consultant
January 2005 - June 2007 (2 years 6 months)

Genesis10
Senior Consultant
August 2004 - December 2004 (5 months)

Flex Solutions
8 years

President
January 2003 - June 2004 (1 year 6 months)

Sr. Consultant
July 1996 - December 2002 (6 years 6 months)

Keane
Project Manager
1994 - 1996 (2 years)

---

## Education

Bemidji State University
Bachelor of Science (B.S.), Computer Information Systems · (1989 - 1993)