# Exhibit G



# PRESS KIT

## Company Overview

CureIS was founded in 2006 by four healthcare industry veterans with the mission to improve efficiency - and ultimately, the patient experience - through innovative technology purpose-built for managed care operations for Medicare, Medicaid, and state programs.

**Headquarters:** Woodbury, MN; *Operations*: Tucson, AZ.

**Year founded:** 2006.

**Core focus:** Data management and automation for government programs managed care.

**Flagship products:** EnrollmentCURE, EncounterCURE, RecoveryCURE, ClaimsCURE.

**Team size:** Spans 12 states, with one mission.

**Website:** cureis.com

## About

CureIS® Healthcare, Inc., established in 2006, is a managed services provider and pioneer in technology and automation for government programs like Medicare, Medicaid, and state healthcare initiatives. The company helps managed care organizations (MCOs) deal more efficiently and accurately with enrollment, claims, compliance, and billing operations, addressing complex data challenges unmet by typical enterprise software. CureIS serves clients nationwide, including healthcare systems serving millions of patients, smaller organizations, and University Medical Centers.

## Products

CureIS offers 18 innovative solutions proven to deliver cost savings, compliance, and operational excellence across the entire managed care ecosystem. The company's cutting-edge technology is modular and platform agnostic, enabling rapid implementation and eliminating the costly, protracted development cycles – and failures – associated with traditional enterprise solutions.

1

©2025 CureIS® Healthcare, Inc. All Rights Reserved



## CEO and Co-Founder, Chris Sawotin

Chris Sawotin is the CEO and co-founder of CureIS Healthcare, Inc., where he leads the company's mission to modernize managed care operations for government-funded healthcare programs. With over two decades of experience in healthcare technology, Chris has been instrumental in developing solutions that address complex data challenges in Medicare, Medicaid, and state healthcare initiatives.

Under his leadership, CureIS has become known for modular platform-agnostic tools that deliver rapid implementation and tangible improvements in efficiency and compliance. Chris is committed to ensuring that healthcare organizations of all sizes have access to innovative technologies that enhance patient care and operational effectiveness.

LinkedIn.



## Contact

*General*: info@cureis.com  Ph: 651.207.6280

*Media*:  Jennifer Knight, Director of Communications jknight@cureis.com

©2025 CureIS® Healthcare, Inc. All Rights Reserved

2



**Press Release: CureIS vs. Epic Lawsuit**

Woodbury, MN – May 14, 2025 – CureIS Healthcare, Inc., which specializes in technologies that enable managed services for government programs like Medicare and Medicaid, filed a lawsuit today against healthcare IT behemoth, Epic Systems Corporation in the U.S. District Court for the Northern District of California. Represented by Big-Bully nemesis, Quinn Emanuel Urquhart & Sullivan, LLP, the company alleges that Epic has engaged in a multi-pronged "scheme to destroy" its business.

The complaint accuses Epic of exploiting its market power as the dominant provider of electronic health records (EHR)—controlling records for 81–94% of U.S. patients—to eliminate competitors like CureIS in the managed care data reconciliation (MCDR) software market, asserting: "Epic is feeding its need for more and more cash, even if it means depriving those in the most need of the best possible options for healthcare services." The complaint further states: "Epic's unfair and illegal conduct hits managed care organizations particularly hard, because they must make do with the least resources, but are still forced by Epic to pay bloated fees in exchange for mediocrity and ineptitude from Epic's products and services."

The complaint alleges that by leveraging its market dominance to impose an "Epic-first Policy," Epic strong-armed customers to abandon CureIS solutions in favor of subpar or nonexistent Epic alternatives, stating: "Epic's pattern of deceptive practices—knowingly misrepresenting product capabilities, failing to deliver promised solutions, and advertising products it has no intention of building—is central to its efforts to monopolize the healthcare IT market."

CureIS CEO, Chris Sawotin, said, "CureIS was founded to address the chronic inefficiencies plaguing government-managed care programs. Epic's playbook—prioritizing market control over transparency, accountability, and performance—is philosophically antithetical to our mission."

Epic's alleged monopolistic conduct and information blocking was also the basis of a 2024 lawsuit filed by start-up data platform company, [Particle Health](), Particle's complaint refers to: "a calculated move by Epic to stifle competition. No competitors could challenge EPP because Epic made it commercially impossible for any payer platform other than EPP to access records stored in Epic's EHR software."

The CureIS complaint identifies Epic's iron grip on electronic health records as a lever to crush competition, balloon costs and hinder efficiency in government-funded healthcare programs, which some 145 million Americans rely on. "This lawsuit is a

©2025 CureIS® Healthcare, Inc. All Rights Reserved

stand for innovation, integrity, and fair competition in healthcare IT," Sawotin said. "It's about ensuring payers have access to the best tools, not just the ones Epic dictates. Epic's strategy of lowering the bar—rather than raising its own standards—exposes the limitations of its products and the false claims made about their capabilities. By restricting data access, misrepresenting what they offer, and coercing customers into inferior tools, Epic is not out-innovating the market—they are trying to control it. CureIS is fighting to defend our right to offer better solutions, protect our team's livelihoods, and ensure government healthcare is not fleeced by a profit-hungry giant indifferent to the people who need these programs.

**Logo**



©2025 CureIS® Healthcare, Inc. All Rights Reserved



4