# Exhibit H

## U.S. District Court — Judicial Caseload Profile

**WISCONSIN WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | Mar 31 2023 | Mar 31 2024 | Mar 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 1,411 | 1,291 | 1,052 | 1,002 | 1,104 | 1,195 | | |
| | Terminations | | 1,365 | 1,252 | 1,235 | 1,219 | 1,073 | 1,085 | | |
| | Pending | | 1,418 | 1,463 | 1,291 | 1,079 | 1,114 | 1,226 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -15.3 | -7.4 | 13.6 | 19.3 | 8.2 | | 25 | 2 |
| | Number of Judgeships | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| | Vacant Judgeship Months ² | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 706 | 646 | 526 | 501 | 552 | 598 | 26 | 4 |
| | | Civil | 577 | 540 | 409 | 404 | 462 | 498 | 20 | 4 |
| | | Criminal Felony | 94 | 73 | 79 | 67 | 68 | 60 | 55 | 3 |
| | | Supervised Release Hearings | 35 | 33 | 39 | 31 | 22 | 40 | 38 | 2 |
| | Pending Cases ² | | 709 | 732 | 646 | 540 | 557 | 613 | 21 | 4 |
| | Weighted Filings ² | | 599 | 528 | 467 | 450 | 507 | 520 | 26 | 3 |
| | Terminations | | 683 | 626 | 618 | 610 | 537 | 543 | 26 | 4 |
| | Trials Completed | | 22 | 14 | 19 | 14 | 15 | 27 | 9 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.3 | 8.6 | 9.2 | 9.6 | 8.6 | 8.3 | 11 | 1 |
| | | Civil ² | 7.7 | 7.2 | 10.0 | 10.0 | 6.3 | 7.3 | 28 | 2 |
| | From Filing to Trial ² (Civil Only) | | 24.3 | - | - | 24.5 | 29.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 45 3.9 | 67 5.6 | 121 12.2 | 72 9.0 | 38 4.5 | 39 4.0 | 10 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.3 | 1.2 | 1.3 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 14.3 | 38.0 | 25.8 | 21.0 | 23.8 | 23.6 | | |
| | | Percent Not Selected or Challenged | 13.7 | 17.8 | 22.1 | 18.4 | 21.7 | 14.7 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 996 | 68 | 9 | 434 | 3 | 5 | 61 | 61 | 37 | 30 | 202 | 4 | 82 |
| Criminal ¹ | 118 | - | 40 | 13 | 38 | 8 | 1 | 9 | 2 | 1 | 1 | 3 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | Mar 31 2023 | Mar 31 2024 | Mar 31 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 10,105 | 10,436 | 10,706 | 9,566 | 7,999 | 11,552 | | |
| | | Terminations | 7,681 | 9,613 | 11,574 | 8,271 | 6,995 | 12,532 | | |
| | | Pending | 12,545 | 13,363 | 12,489 | 13,834 | 14,617 | 13,820 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 14.3 | 10.7 | 7.9 | 20.8 | 44.4 | | 1 | 1 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 6.1 | 39.0 | 55.5 | 18.1 | 9.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 722 | 745 | 765 | 683 | 571 | 825 | 7 | 3 |
| | | Civil | 628 | 682 | 688 | 609 | 495 | 731 | 5 | 2 |
| | | Criminal Felony | 50 | 27 | 36 | 23 | 31 | 29 | 86 | 12 |
| | | Supervised Release Hearings | 44 | 37 | 41 | 51 | 45 | 65 | 19 | 7 |
| | Pending Cases [2] | | 896 | 955 | 892 | 988 | 1,044 | 987 | 10 | 2 |
| | Weighted Filings [2] | | 600 | 704 | 787 | 579 | 504 | 671 | 10 | 4 |
| | Terminations | | 549 | 687 | 827 | 591 | 500 | 895 | 5 | 2 |
| | Trials Completed | | 8 | 5 | 9 | 8 | 8 | 8 | 84 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.1 | 15.3 | 16.6 | 20.0 | 19.1 | 16.3 | 70 | 10 |
| | | Civil [2] | 8.2 | 10.8 | 9.4 | 7.5 | 7.6 | 20.5 | 91 | 14 |
| | From Filing to Trial [2] (Civil Only) | | 22.0 | - | 31.1 | 37.1 | 49.9 | 40.2 | 39 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,818 16.1 | 1,185 9.7 | 945 8.4 | 1,680 13.2 | 3,262 24.0 | 2,291 17.9 | 74 | 12 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 86.3 | 50.5 | 63.6 | 65.0 | 55.1 | 55.2 | | |
| | | Percent Not Selected or Challenged | 58.6 | 26.2 | 46.1 | 40.5 | 36.9 | 37.4 | | |

### 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 10,235 | 222 | 3,299 | 1,374 | 7 | 104 | 398 | 627 | 961 | 605 | 842 | 47 | 1,749 |
| Criminal [1] | 405 | 2 | 174 | 6 | 46 | 84 | 19 | 20 | 1 | 11 | 5 | 3 | 34 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."