



# CureIS Files Lawsuit Against Epic Alleging Monopolistic Conduct, Libel, and Data Blocking

Woodbury, MN – May 14, 2025 – CureIS Healthcare, Inc., which specializes in technologies that enable managed services for government programs like Medicare and Medicaid, filed a lawsuit today against healthcare IT behemoth, Epic Systems Corporation in the U.S. District Court for the Northern District of California. Represented by Big-Bully nemesis, Quinn Emanuel Urquhart & Sullivan, LLP, the company alleges that Epic has engaged in a multi-pronged "scheme to destroy" its business.

The complaint accuses Epic of exploiting its market power as the dominant provider of electronic health records (EHR)—controlling records for 81–94% of U.S. patients—to eliminate competitors like CureIS in the managed care data reconciliation (MCDR) software market, asserting: "Epic is feeding its need for more and more cash, even if it means depriving those in the most need of the best possible options for healthcare services." The complaint further states: "Epic's unfair and illegal conduct hits managed care organizations particularly hard, because they must make do with the least resources, but are still forced by Epic to pay bloated fees in exchange for mediocrity and ineptitude from Epic's products and services."

The complaint alleges that by leveraging its market dominance to impose an "Epic-first Policy," Epic strong-armed customers to abandon CureIS solutions in favor of subpar or nonexistent Epic alternatives, stating: "Epic's pattern of deceptive practices—knowingly misrepresenting product capabilities, failing to deliver promised solutions, and advertising products it has no intention of building—is central to its efforts to monopolize the healthcare IT market."

CureIS CEO, Chris Sawotin, said, "CureIS was founded to address the chronic inefficiencies plaguing government-managed care programs. Epic's playbook—prioritizing market control over transparency, accountability, and performance—is philosophically antithetical to our mission."

Epic's alleged monopolistic conduct and information blocking was also the basis of a 2024 lawsuit filed by start-up data platform company, [Particle Health](), Particle's complaint refers to: "a calculated move by Epic to stifle competition. No competitors could challenge EPP because Epic made it commercially impossible for any payer platform other than EPP to access records stored in Epic's EHR software."

The CureIS complaint identifies Epic's iron grip on electronic health records as a lever to crush competition, balloon costs and hinder efficiency in government-funded healthcare programs, which some 145 million Americans rely on. "This lawsuit is a stand for innovation, integrity, and fair competition in healthcare IT," Sawotin said. "It's about ensuring payers have access to the best tools, not just the ones Epic dictates. Epic's strategy of lowering the bar—rather than raising its own standards—exposes the limitations of its products and the false claims made about their capabilities. By restricting data access, misrepresenting what they offer, and coercing customers into inferior tools, Epic is not out-innovating the market—they are trying to control it. CureIS is fighting to defend our right to offer better solutions, protect our team's livelihoods, and ensure government healthcare is not fleeced by a profit-hungry giant indifferent to the people who need these programs.

**About CureIS Healthcare**

CureIS Healthcare is a managed services provider with a 20-year track record specializing in results-focused solutions for the government programs data ecosystem.

For Media Inquires:

Contact Jennifer Knight: [jknight@cureis.com](mailto:jknight@cureis.com)







# CureIS Announces Global Works/Optum Product Options

Woodbury, MN – April 8, 2025

Joe Ranney, formerly a Global Works (GW) engineer at Optum, has joined CureIS Healthcare to oversee support and transition for customers impacted by the decision to discontinue the GW software suite.

With Optum ending support in December 2025, CureIS is offering a roadmap to help organizations maximize their existing GW investment by extending the product's life while evaluating options for replacement. Comprehensive services include ticketed technical support, patches and optimization, custom engineering, consultancy, and transition.

"Our message to GW customers is, we've got your back," said CureIS CEO, Chris Sawotin. "Bringing Joe on board not only ensures business continuity for our own GW-using clients but also allows us to extend his expertise to other organizations needing to bridge the gap as they plan their long-term transition."

Ranney, an original GW systems engineer and trusted advisor to long-term GW customers, moved to Optum when the company was acquired in 2008. Reflecting on his move to CureIS, Ranney said he is looking forward to supporting customers he's worked with for many years while providing the most flexible and innovative solutions for their future needs.

For more information about the CureIS Global Works Support Service, visit [cureis.com](cureis.com) or contact info@cureis.com

**About CureIS Healthcare**

CureIS Healthcare is a managed services provider with a 20-year track record specializing in results-focused solutions for the government programs data ecosystem.

For Media Inquiries

Mellissa Solin: [msolin@cureis.com](msolin@cureis.com)



CureIS® Healthcare, Inc., established in 2006, is a managed services provider and pioneer in technology and automation for government programs like Medicare, Medicaid, and state healthcare initiatives. The company helps managed care organizations (MCOs) deal more efficiently and accurately with enrollment, claims, compliance, and billing operations, addressing complex data challenges unmet by typical enterprise software. CureIS serves clients nationwide, including healthcare systems serving millions of patients, smaller organizations, and University Medical Centers. Access the CureIS Brand Guidelines and our press kit: CureIS Press Kit.

# Media Highlights

## Forbes

## Fierce Healthcare

## Becker's

## Health Point

## Hit Consultant

**in**



©2025 CureIS Healthcare, Inc. All Rights Reserved
1640 East River Road, Suite 208 Tucson, AZ 85718
Privacy Policy