Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Lauren M. Rosenberg (*pro hac vice*)
lrosenberg@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Robert Salcido (SBN 139138)
rsalcido@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone:  (949) 885-4100
Facsimile:  (949) 885-4101

*Attorneys for Defendant Epic Systems Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CureIS Healthcare, Inc.,<br><br>                    Plaintiff,<br><br>        v.<br><br>Epic Systems Corporation,<br><br>                    Defendant. | Case No.: 3:25-cv-04108-MMC<br><br>**DEFENDANT'S SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. Maxine M. Chesney |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Epic Systems Corporation ("Epic") submits this administrative motion to consider whether another party's material should be sealed ("Second Administrative Motion"), filed in connection with Defendant's Notice of Motion and Motion to Partially Unseal CureIS HealthCare, Inc's ("CureIS") Complaint (Epic's "Motion to Unseal"), Declaration of Lauren A. Moskowitz in Support of Defendant's Motion to Unseal ("Moskowitz Declaration"), and Exhibits A-J accompanying the Moskowitz Declaration. The portions of documents Epic seeks to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Motion to Unseal | Page 2-3, Lines 14-2 |
| Motion to Unseal | Page 3, Lines 4-5 |
| Motion to Unseal | Page 3, Lines 8-15 |
| Motion to Unseal | Page 7, Line 12 |
| Motion to Unseal | Page 10, Line 11, Fn. 5 |
| Motion to Unseal | Page 10, Line 19 |
| Motion to Unseal | Page 11, Lines 2-4 |
| Motion to Unseal | Page 11, Lines 8-11, Fn. 6 |
| Motion to Unseal | Page 11, Lines 13, 15 |
| Moskowitz Declaration | Page 1, Lines 19, 21-22 |
| Moskowitz Declaration | Page 1, Lines 24-25, 27 |
| Moskowitz Declaration | Page 2, Lines 1-2, 4 |
| Moskowitz Declaration | Page 2, Lines 6-7, 9 |
| Moskowitz Declaration | Page 2, Lines 12-14 |
| Moskowitz Declaration | Page 2, Lines 17-19 |
| Moskowitz Declaration | Page 2, Lines 22-24 |
| Moskowitz Declaration | Page 2-3, Lines 27-2 |
| Moskowitz Declaration | Page 3, Lines 5-6 |
| Moskowitz Declaration | Page 3, Lines 9-10 |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Exhibit A to Moskowitz Declaration | Document in its entirety |
| Exhibit B to Moskowitz Declaration | Document in its entirety |
| Exhibit C to Moskowitz Declaration | Document in its entirety |
| Exhibit D to Moskowitz Declaration | Document in its entirety |
| Exhibit E to Moskowitz Declaration | Document in its entirety |
| Exhibit F to Moskowitz Declaration | Document in its entirety |
| Exhibit G to Moskowitz Declaration | Document in its entirety |
| Exhibit H to Moskowitz Declaration | Document in its entirety |
| Exhibit I to Moskowitz Declaration | Document in its entirety |
| Exhibit J to Moskowitz Declaration | Document in its entirety |

Epic brings this Second Administrative Motion to seal solely because it is required under the Civil Local Rules. *See* Civil L.R. 79-5(f). As detailed in Epic's Motion to Unseal, Epic seeks the unsealing of the customer-identifying information that Magistrate Judge Kim previously permitted to be filed in redacted form. (*See* Dkt. No. 5 at 1.) This information should not be redacted as CureIS has failed to establish compelling reasons supporting redaction, including because (i) CureIS itself affirmatively publicly disclosed customer names for many years on its own website and elsewhere to market its products, and (ii) CureIS has not advanced particularized reasons supported by facts sufficient to meet its burden to justify sealing. In addition, there is a strong public interest in this matter and CureIS should not be able to engage in an attempted smear campaign while at the same time withholding critical information from the public regarding its core allegations so that the public can assess the veracity of CureIS's claims. Epic's Motion to Unseal is currently scheduled to be heard on August 8, 2025 at 9:00 a.m.

Nonetheless, given that Magistrate Judge Kim's order currently remains in place, Epic provisionally files portions of its Motion to Unseal, Moskowitz Declaration, and Exhibits A-J

accompanying the Moskowitz Declaration, under seal because they reflect information regarding the same customers covered by that order.

Dated: June 30, 2025

Respectfully submitted,

By: /s/ Lauren A. Moskowitz

**CRAVATH, SWAINE & MOORE LLP**

Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Lauren M. Rosenberg (*pro hac vice*)
lrosenberg@cravath.com
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Robert Salcido (SBN 139138)
rsalcido@akingump.com
4 Park Plaza, Suite 1900
Irvine, California 92614
Telephone: (949) 885-4100
Facsimile: (949) 885-4101

*Attorneys for Defendant Epic Systems Corporation*