QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Ryan S. Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Paulina Slagter (Bar No. 318559)
  paulinaslagter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:     (650) 801 5000

*Attorneys for Plaintiff, CureIS Healthcare, Inc.*

CRAVATH, SWAINE & MOORE LLP
Lauren A. Moskowitz (*pro hac vice*)
  lmoskowitz@cravath.com
Lauren M. Rosenberg (*pro hac vice*)
  lrosenberg@cravath.com
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Salcido (SBN 139138)
  rsalcido@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone: (949) 885-4100

*Attorneys for Defendant, Epic Systems Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CureIS Healthcare, Inc., <br><br>    Plaintiff, <br><br>    vs. <br><br> Epic Systems Corporation, <br><br>    Defendant. | Case No. 3:25-cv-04108-MMC <br><br> **JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT, RESPONSE DEADLINE, AND REQUESTS TO EXTEND DEADLINES** |

Plaintiff CureIS Healthcare, Inc. ("Plaintiff") and Defendant Epic Systems Corporation ("Defendant"), by and through their undersigned counsel, hereby state as follows:

WHEREAS, Defendant filed a Notice of Motion and Motion to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer") on June 17, 2025 (Dkt. No. 22) and Plaintiff filed its opposition to the Motion to Transfer on July 1, 2025 (Dkt. No. 28);

WHEREAS, Defendant's current deadline to file its reply in support of its Motion to Transfer is July 8, 2025 and a hearing is scheduled on the Motion to Transfer on July 25, 2025;

WHEREAS, the parties have conferred and agreed upon deadlines they believe are appropriate for Defendant to file its reply in support of its Motion to Transfer in consideration of the upcoming July 4 holiday and the hearing date on the Motion to Transfer in light of Plaintiff's counsel's personal obligations on that date;

WHEREAS, Defendant filed a Notice of Motion and Motion to Partially Unseal Plaintiff's Complaint ("Motion to Unseal") on June 30, 2025, with a noticed hearing date of August 8, 2025 (Dkt. No. 26);

WHEREAS, Plaintiff's current deadline to oppose Defendant's Motion to Unseal is July 14, 2025 and Defendant's deadline to file a reply in support of its Motion to Unseal is July 21, 2025;

WHEREAS, Defendant's current deadline to respond to the Complaint is July 14, 2025;

WHEREAS, Plaintiff intends to file an amended Complaint ("Amended Complaint") pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before July 14, 2025;

WHEREAS, the parties have conferred and agreed upon deadlines they believe appropriate for Plaintiff to file its opposition to Defendant's Motion to Unseal and Defendant's reply in support of its Motion to Unseal, given Plaintiff's intention to file an amended Complaint on or before July 14, 2025, the same day as its opposition to the Motion to Unseal is due;

WHEREAS, the parties have conferred and agreed upon deadlines they believe appropriate for Defendant to move to dismiss the Amended Complaint ("Motion to Dismiss"), and a briefing schedule and hearing date for Defendant's Motion to Dismiss, because Plaintiff intends to amend to

add one or more claims to its Complaint, and to expand on certain allegations already included in the current Complaint;

WHEREAS, the parties have not obtained any previous extensions for the aforementioned deadlines set forth above.

NOW THEREFORE, the parties hereby believe the above establishes good cause to support their stipulation and agreement that:

1. Defendant shall file its reply in support of its Motion to Transfer on or before July 10, 2025.

2. The Motion to Transfer hearing scheduled for July 25, 2025 shall be continued to August 8, 2025.

3. Plaintiff shall file its opposition to Defendant's Motion to Unseal on or before July 18, 2025.

4. Defendant shall file its reply in support of its Motion to Unseal on or before July 25, 2025.

5. Plaintiff shall file its Amended Complaint on or before July 14, 2025.

6. Defendant shall file its Motion to Dismiss on or before September 12, 2025.

7. Plaintiff shall file its opposition to Defendant's Motion to Dismiss on or before October 27, 2025.

8. Defendant shall file its reply in support of its Motion to Dismiss on or before November 17, 2025.

9. The Motion to Dismiss hearing shall be noticed for December 5, 2025.

IT IS SO STIPULATED.

DATE: July 3, 2025                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                      By    /s/ Adam B. Wolfson
                                         Adam B. Wolfson
                                         *Attorneys for Plaintiff*

DATE: July 3, 2025                    CRAVATH, SWAINE & MOORE LLP

By _____/s/ Lauren A. Moskowitz_____
Lauren A. Moskowitz
*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**
Dated:_____

By:_____
Hon. Maxine M. Chesney
Senior United States District Judge

---

JOINT STIPULATION REGARDING AMENDED COMPLAINT, RESPONSE DEADLINE,
AND REQUESTS TO EXTEND DEADLINES