1  Lauren A. Moskowitz (*pro hac vice*)
   lmoskowitz@cravath.com
2  Lauren M. Rosenberg (*pro hac vice*)
   lrosenberg@cravath.com
3  **CRAVATH, SWAINE & MOORE LLP**
4  375 Ninth Avenue
   New York, New York 10001
5  Telephone:  (212) 474-1000
   Facsimile:  (212) 474-3700
6

7  Robert Salcido (SBN 139138)
   rsalcido@akingump.com
8  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   4 Park Plaza, Suite 1900
9  Irvine, CA 92614
   Telephone:  (949) 885-4100
10 Facsimile:  (949) 885-4101

11 *Attorneys for Defendant Epic Systems Corporation*

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14

| | |
|---|---|
| CureIS Healthcare, Inc., | Case No.: 3:25-cv-04108-MMC |
| Plaintiff, | **DEFENDANT'S THIRD** |
| | **ADMINISTRATIVE MOTION TO** |
| v. | **CONSIDER WHETHER ANOTHER** |
| | **PARTY'S MATERIAL SHOULD BE** |
| Epic Systems Corporation, | **SEALED** |
| Defendant. | Judge:  Hon. Maxine M. Chesney |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Epic Systems Corporation ("Epic") submits this administrative motion to consider whether another party's material should be sealed ("Third Administrative Motion"), filed in connection with Defendant's Reply in Support of its Motion to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer Venue Reply"). The portions of documents Epic seeks to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Motion to Transfer Reply | Page 4, Line 12 |
| Motion to Transfer Reply | Page 4, Line 15 |
| Motion to Transfer Reply | Page 4, Line 19 |
| Motion to Transfer Reply | Page 4, Line 20 |
| Motion to Transfer Reply | Page 8, Fn. 7 |
| Motion to Transfer Reply | Page 8, Lines 19-20 |
| Motion to Transfer Reply | Page 9, Lines 1-4, Fn. 8 |
| Motion to Transfer Reply | Page 9, Fn. 9 |
| Motion to Transfer Reply | Page 9, Lines 19-21 |
| Motion to Transfer Reply | Page 10, Line 3 |

Epic brings this Third Administrative Motion to seal solely because it is required under the Civil Local Rules. *See* Civil L.R. 79-5(f). As detailed in Epic's Motion to Unseal (Dkt. No. 25), Epic seeks the unsealing of the customer-identifying information[1] that Magistrate Judge Kim previously permitted to be filed in redacted form. (*See* Dkt. No. 5 at 1.) This information should not be redacted as CureIS has failed to establish compelling reasons supporting redaction, including because (i) CureIS itself affirmatively publicly disclosed the existence of customer relationships for many years on its own website and elsewhere to market its products and services (Dkt. No. 25 at 7-8), and (ii) CureIS has not advanced particularized reasons supported

---

[1] As explained in Epic's Motion to Unseal, Epic does not contest sealing of the names of non-party employees. (Dkt. No. 25 at 4 n.3.)

by facts sufficient to meet its burden to justify sealing (*id.* at 8-12). In addition, there is a strong public interest in this matter that would be best served by disclosing the names of the customers at the center of CureIS's allegations so that the public can assess the veracity of each party's allegations and arguments (*id.* at 12-13). Epic's Motion to Unseal is currently noticed to be heard on August 8, 2025 at 9:00 a.m.

Nonetheless, given that Magistrate Judge Kim's order currently remains in place, Epic provisionally files portions of its Motion to Transfer Venue Reply under seal because they reflect information regarding the same customers covered by that order.

Dated: July 10, 2025

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*

**CRAVATH, SWAINE & MOORE LLP**

Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Lauren M. Rosenberg (*pro hac vice*)
lrosenberg@cravath.com
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Robert Salcido (SBN 139138)
rsalcido@akingump.com
4 Park Plaza, Suite 1900
Irvine, California 92614
Telephone: (949) 885-4100
Facsimile: (949) 885-4101

*Attorneys for Defendant Epic Systems Corporation*

Defendant's Third Administrative Motion to Consider
Whether Another Party's Material Should Be Sealed

Case No. 3:25-cv-04108-MMC