QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Ryan S. Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Paulina Slagter (Bar No. 318559)
  paulinaslagter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:    (650) 801 5000
Facsimile:    (650) 801 5100

*Attorneys for Plaintiff CureIS Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CureIS Healthcare, Inc., Plaintiff, vs. Epic Systems Corporation, Defendant. | Case No. 3:25-cv-04108-MMC<br><br>**DECLARATION OF CHRISTOPHER SAWOTIN IN SUPPORT OF PLAINTIFF CUREIS HEALTHCARE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO EPIC'S MOTION TO UNSEAL**<br><br>Judge:       Hon. Maxine M. Chesney<br>Trial Date:  None Set |
|---|---|

I, Christopher Sawotin, declare as follows:

1. I am the Chief Executive Officer of CureIS Healthcare Inc. ("CureIS"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I previously submitted a declaration in support of CureIS's May 12, 2025 Administrative Motion for leave to File Under Seal Portions of its Complaint. The Court granted CureIS's sealing request on May 13, 2025. (Dkt. 5.)

3. I also submitted a declaration in support of CureIS's July 14, 2025 Administrative Motion for leave to File Under Seal Portions of its Amended Complaint. (Dkt. 38.)

4. I make this declaration in support of CureIS's Administrative Motion for Leave to File Under Seal Portions of its Opposition to Epic's Motion to Partially Unseal CureIS's Complaint (the "Administrative Motion") and my accompanying Declaration in Opposition to Epic's Motion to Partially Unseal CureIS's Complaint. ("Sawotin Decl.").

5. CureIS's Opposition ("Opposition") and my accompanying declaration, proposed to be filed partially under seal, contain CureIS's and CureIS's customers' highly confidential information, including confidential customer identities, and information from confidential agreements and contractual negotiations. The following limited portions of CureIS's Opposition and the Sawotin Declaration and highlighted in the unredacted Opposition and Sawotin Declaration filed as Exhibits A and B to this Declaration, contain CureIS's and CureIS's customers' confidential information, which would likely harm CureIS's competitive standing and the competitive standing of its customers if publicly disclosed:

| Opposition Selections | Reasons for Sealing (Highlighted Portions Only) |
|---|---|
| Pp. 3:9; 9:16-17 | Non-public and commercially sensitive information regarding CureIS's customer relationships and confidential customer contracts |
| **Sawotin Declaration Paragraphs** | **Reasons for Sealing (Highlighted Portions Only)** |
| 7 | Non-public and commercially sensitive information regarding CureIS's customer relationships and confidential customer contracts |

6. Public disclosure of this information could significantly harm CureIS competitively in addition to the competitive standing of CureIS's current and former customers, as well as violate CureIS's contractual obligations to its customers. CureIS requires its employees to undergo training on maintaining the confidentiality of CureIS's proprietary information and the confidential information of CureIS's customers. In addition, CureIS enters into Non-Disclosure Agreements ("NDA") with third parties before sharing product development and implementation proposals, commencing contract negotiation discussions, or allowing access to its proprietary product infrastructure.

7. Attached to this Declaration as **Exhibit A** is an unredacted version of CureIS's Opposition

8. Attached to this Declaration as **Exhibit B** is an unredacted version of the Sawotin Declaration in support of CureIS's Opposition.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Ketchikan, Alaska, on July 18, 2025.

By: *Chris Sawotin (Jul 18, 2025 19:52 AKDT)*
Christopher Sawotin, CEO of CureIS Healthcare Inc.