IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUREIS HEALTHCARE, INC., <br>     Plaintiff, <br>   v. <br> EPIC SYSTEMS CORPORATION, <br>     Defendant. | Case No. 25-cv-04108-MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On July 11, 2011, plaintiff CureIS HealthCare, Inc. electronically filed (1) a First Amended Complaint, (2) an "Administrative Motion for Leave to File Partially Under Seal Portions of Plaintiff's First Amended Complaint," and (3) the "Declaration of Chris Sawotin in Support of Plaintiff CureIS Healthcare, Inc.'s Administrative Motion for Leave to File Partially Under Seal Portions of Plaintiff's First Amended Complaint," as well as an exhibit attached thereto.  Thereafter, on July 18, 2025, plaintiff electronically filed (1) its "Opposition to Defendant Epic Systems Corporation's Motion to Partially Unseal the Complaint," and (2) the "Declaration of Christopher Sawotin in Opposition to Defendant's Motion to Partially Unseal the Complaint."  To date, plaintiff has not submitted courtesy copies of the above-referenced documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted

in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See id.

Accordingly, plaintiff is hereby DIRECTED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: July 25, 2025

MAXINE M. CHESNEY
United States District Judge