IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUREIS HEALTHCARE, INC., | Case No.  25-cv-04108-MMC |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE AND MOTION TO PARTIALLY UNSEAL COMPLAINT** |
| v. | |
| EPIC SYSTEMS CORPORATION, | |
| Defendant. | |

Before the Court are two motions filed by defendant Epic Systems Corporation: (1) Motion, filed June 17, 2025, "to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)," and (2) Motion, filed June 30, 2025, "to Partially Unseal CureIS Healthcare, Inc.'s Complaint."  The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 8, 2025.

**IT IS SO ORDERED.**

Dated: August 4, 2025

MAXINE M. CHESNEY
United States District Judge