# Exhibit E

BA20250194221



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CA NONPROFIT CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**
**-FILED-**
File No.: BA20250194221
Date Filed: 1/28/2025

| Entity Details | |
|---|---|
| Corporation Name | SUTTER HEALTH |
| Entity No. | 1088703 |
| Formed In | CALIFORNIA |

| Street Address of California Principal Office of Corporation | |
|---|---|
| Street Address of California Office | None |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 2200 RIVER PLAZA DRIVE<br>3RD FLOOR<br>SACRAMENTO, CA 95833 |
| Attention | Legal & Risk Services |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Jonathan Ma | 2000 POWELL STREET, 10TH FL EMERYVILLE, CA 94608 | Chief Financial Officer |
| Warner Thomas | 2000 POWELL STREET, 10TH FL EMERYVILLE, CA 94608 | Chief Executive Officer |
| Cheryl Scott | 2200 RIVER PLAZA DRIVE SACRAMENTO, CA 95833 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Caren Weakley*               01/28/2025
Signature                     Date