IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUREIS HEALTHCARE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIC SYSTEMS CORPORATION,<br><br>    Defendant. | Case No. 25-cv-04108-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendant's pending motion to transfer, the Case Management Conference currently scheduled for August 29, 2025, is hereby CONTINUED to October 24, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than October 17, 2025.

**IT IS SO ORDERED.**

Dated: August 19, 2025

*[signature]*
MAXINE M. CHESNEY
United States District Judge