IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUREIS HEALTHCARE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>EPIC SYSTEMS CORPORATION,<br><br>    Defendant. | Case No. 25-cv-04108-MMC<br><br>**ORDER VACATING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; DEFERRING RULING ON DEFENDANT'S ADMINISTRATIVE MOTION** |

    Before the Court is defendant Epic Systems Corporation's ("Epic") "Administrative Motion for Leave to File Motion in Excess of Page Limits," filed August 28, 2025, whereby Epic seeks leave to file a 35-page motion to dismiss the First Amended Complaint ("FAC"). Plaintiff CureIS Healthcare, Inc. has filed opposition to the Administrative Motion.

    The Court, in light of the pendency of Epic's pending motion to transfer the above-titled action to the Western District of Wisconsin, finds it preferable to resolve that matter in advance of hearing any challenge to the FAC.

    Accordingly, the deadline for Epic to file its response to the FAC is hereby VACATED, to be reset, if appropriate, after resolution of the motion to transfer, and, in light thereof, the Court hereby DEFERS ruling on the Administrative Motion.

    **IT IS SO ORDERED.**

Dated: September 5, 2025

MAXINE M. CHESNEY
United States District Judge