IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUREIS HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EPIC SYSTEMS CORPORATION, <br><br> Defendant. | Case No. 25-cv-04108-MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendant's pending motion to transfer, the Case Management Conference currently scheduled for October 24, 2025, is hereby CONTINUED to December 19, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than December 12, 2025.

**IT IS SO ORDERED.**

Dated: October 15, 2025

MAXINE M. CHESNEY
United States District Judge